■ SCHENECTADY URBAN RENEWAL AGENCY, Respondent, v EARL M. BUCCI et al., Appellants.—Appeal from a judgment of the Supreme Court, entered May 23, 1975 in Schenectady County, which condemned certain real property owned by appellants Bucci in the City of Schenectady. Judgment affirmed, without costs, on the opinion of Gibson, J. at Special Term. Koreman, P. J., Kane, Mahoney, Main and Herlihy, JJ., concur.